NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUSTIN S. HEMLEPP and MARIAH )
BOSETTI-HEMLEPP, )
                                    )
        Petitioners, )
                                    )
v. )         Case No. 2D18-1504
                                    )
NANCI X. RODRIGUEZ, )
                                    )
        Respondent. )
_____ )

Opinion filed February 8, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Claudia R.
Isom, Judge.

Justin S. Hemlepp, pro se.

Jared M. Lee of Jackson Lee, P.A.,
Longwood, for Petitioners.

No appearance for Respondent.


PER CURIAM.

        Denied.


LaROSE, C.J., and SALARIO and BADALAMENTI, JJ., Concur.